UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID AMROD,

                       Plaintiff,

     vs                                                5:08-CV-464

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LEGAL SERVICES OF CENTRAL NEW YORK<br>Attorneys for Plaintiff<br>472 South Salina Street<br>Suite 3000<br>Syracuse, New York 13202 | CHRISTOPHER CADIN, ESQ. |
| HON. ANDREW T. BAXTER<br>United States Attorney<br>  for the Northern District of New York<br>P. O. Box 7198<br>100 South Clinton Street<br>Syracuse, New York  13261-5165 | SANDRA GROSSFIELD, ESQ.<br>Special Assistant U.S. Attorney |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF REGIONAL GENERAL COUNSEL<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, NY 10278 | MARY ANN SLOAN, ESQ.<br>Chief Counsel, Region II |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff filed this action in April 2008, seeking judicial review of a final decision of

the Commissioner of Social Security ("Commissioner") denying his application for disability

insurance benefits ("DIB") and Supplemental Security Income ("SSI").  By Report-

Recommendation dated November 6, 2009, the Honorable David E. Peebles, United States Magistrate Judge, recommended that the plaintiff's motion for judgment on the pleadings be granted, the Commissioner's determination of no disability be vacated, and the matter be remanded to the Agency for further consideration.  No objections have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that

1.  The plaintiff's motion for judgment on the pleadings is GRANTED;

2.  The Commissioner's determination of no disability is VACATED; and

3.  This matter is REMANDED to the Agency for further proceedings in accordance with the Report-Recommendation.

IT IS SO ORDERED.

United States District Judge

Dated:  January  5, 2010
        Utica, New York.